**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MJOKI WHITE,

Plaintiff,

v. No. 1:26-cv-02608-KWR-LF

PRESBYTERIAN HOSPITAL,
BRENDA BELTRAN,
RUSS LU QUIRE,
ANGELINA ROJAS and
DEB AU,

Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, filed his Complaint using the form "Complaint for Employment Discrimination." Plaintiff asserts race, color, and age discrimination claims and retaliation claims pursuant to Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e-2000e-17, and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-624, against Presbyterian Hospital and four of its employees. *See* Complaint for Employment Discrimination at 1-4, Doc. 1, filed August 7, 2026 ("Complaint"). Plaintiff attached a two-page statement, an EEOC Charge of Discrimination, and an email Plaintiff sent to the EEOC to his form Complaint. *See* Complaint at 8-17.

United States Magistrate Judge Laura Fashing notified Plaintiff the Complaint fails to state claims for race, color and age discrimination. *See* Order for Amended Complaint, Doc. 9, filed September 9, 2026. After identifying the elements of race and color discrimination claims pursuant to Title VII and for age discrimination claims under the Age Discrimination in Employment Act, Judge Fashing described the *Iqbal/Twombly* standard for determining whether a plaintiff has stated

a plausible claim and explained why the allegations in the Complaint failed to state plausible claims. *See* Order for Amended Complaint at 3-6 (quoting the *Iqbal/Twombly* standard in *Brooks v. Mentor Worldwide LLC*, 985 F.3d 1272, 1281 (10th Cir. 2021)). Judge Fashing ordered Plaintiff to file an amended complaint and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See* Order for Amended Complaint at 8. Plaintiff did not file an amended complaint or otherwise respond to Judge Fashing's Order by the September 30, 2026, deadline.

The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Fashing's Order to file an amended complaint. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

**___/S/ KEA W. RIGGS_______________**
**UNITED STATES DISTRICT JUDGE**